IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Alexis Wilson, ) | C/A NO. 0:11-199-CMC-PJG |
| ) | |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| ) | |
| Capt. Middleton, in her individual capacity, ) | |
| and Lt. Butler, in her individual capacity, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's *pro se* motion to dismiss this matter without prejudice. This matter was previously dismissed without prejudice and without issuance and service of process. Dkt. #19 (filed Apr. 6, 2011). Plaintiff thereafter filed an Appeal to the Fourth Circuit Court of Appeals, and moved to vacate the dismissal order, arguing that he never received the Report and Recommendation recommending dismissal. This court took the motion to vacate under advisement and provided Plaintiff additional time to file objections to the Report. In response, Plaintiff has now moved to dismiss this matter "until such time as Plaintiff can explore his other options." Mot. at 1 (Dkt. #35, filed June 1, 2011).

Plaintiff's motion to dismiss is **granted**. The motion to set aside the judgment (Dkt. #28, May 28, 2011) is **moot**. The Clerk is directed to supply the Fourth Circuit Court of Appeals with a copy of Plaintiff's motion to dismiss and this Order.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 6, 2011